IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 NOV 20  PM 12: 35

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JON T. BOGART,

Defendant.

4:20CR**3124**

INDICTMENT
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

The Grand Jury charges that

## COUNT I

Beginning at least on or about October 21, 2019 and continuing until on or about August 14, ~~2019~~ 2020 in the District of Nebraska, the defendant, JON T. BOGART, having been previously convicted of multiple offenses under the laws of the State of Nebraska relating to sexual abuse of a child and the possession of child pornography to wit: a conviction on June 9, 1995 for Attempted First Degree Sexual Assault of a minor in Case #CR11-267 in the District Court for Jefferson County, Nebraska and convictions on August 16, 2007 for seven counts of Possession of Visual Depiction of Sexually Explicit Acts in Case # CR07-32 in the District Court for Jefferson County, Nebraska, knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

1

## COUNT II

On or about August 14, 2020, in the District of Nebraska, the defendant, JON T. BOGART, having been previously convicted of multiple offenses under the laws of the State of Nebraska relating to sexual abuse of a child and the possession of child pornography to wit: a conviction on June 9, 1995 for Attempted First Degree Sexual Assault of a minor in Case #CR11-267 in the District Court for Jefferson County, Nebraska and convictions on August 16, 2007 for seven counts of Possession of Visual Depiction of Sexually Explicit Acts in Case # CR07-32 in the District Court for Jefferson County, Nebraska, did knowingly possess and to access with intent to view one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

TESSIE L. SMITH
Assistant United States Attorney

2